# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ❒ Complaint
❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

Date: _____

_____
*Issuing officer's signature*

City and state: _____

_____
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*