BRYAN SCHRODER
United States Attorney

STEPHAN COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: stephan.collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JEFFREY HASTINGS,<br><br>  Defendant. | No. 3:20-mj-00459-DMS |

**NOTICE OF INDICTMENT**

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that an indictment has been filed in the Southern District of New York charging Jeffrey Hastings with one count of Conspiracy to Commit Securities Fraud and to make False Filings with the SEC. *See* Indictment, attached as Exhibit 1.

//

RESPECTFULLY SUBMITTED October 9, 2020, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Stephan Collins
STEPHAN COLLINS
Special Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2020,
a true and correct copy of the foregoing
was served electronically via
the CM/ECF system on the following:

Counsel of Record

s/ Stephan Collins
Office of the U.S. Attorney

U.S. v. HASTINGS
3:20-cr-00459-DMS                    Page 2 of 2